EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Sesión Especial del Tribunal Supremo de Puerto Rico sobre el Proyecto de Reglas de Procedimiento Criminal 2018 | 2020 TSPR 45<br><br>204 DPR \_\_\_\_\_ |

Número del Caso: ER-2020-03

Fecha: 22 de mayo de 2020

Materia: Comité Asesor Permanente de Reglas de Procedimiento Criminal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

ER-2020-03

Sesión Especial del Tribunal Supremo de Puerto Rico sobre el Proyecto de Reglas de Procedimiento Criminal de 2018

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de mayo de 2020.

El 2 de febrero de 2017, mediante Resolución EC-2017-01, este Tribunal reconstituyó al Comité Asesor Permanente de Reglas de Procedimiento Criminal (Comité Asesor), adscrito al Secretariado de la Conferencia Judicial y Notarial (Secretariado). In re Comité Rs. Proc. Criminal, 197 DPR 287 (2017). Al Comité Asesor se le encomendó a que, con el apoyo jurídico y técnico del Secretariado, actualizara el Informe de Reglas de Procedimiento Penal presentado en diciembre de 2008. A estos efectos, el Comité Asesor quedó constituido por los y las juristas siguientes:

> Profa. Jocelyn López Vilanova, *presidenta*
> Hon. Ana Paulina Cruz Vélez
> Hon. Gustavo A. Gelpí
> Prof. Ernesto L. Chiesa Aponte
> Lcdo. Harry N. Padilla Martínez
> Lcdo. Luis Rivera Román
> Lcdo. Carlos A. Cabán García
> Lcdo. Luis I. Santiago González
> Lcda. Daphne M. Cordero Guilloty, *representante designada por la Fiscal General del Departamento de Justicia*
> Lcdo. Félix Vélez Alejandro, *Director Ejecutivo de la Sociedad para Asistencia Legal*

El 30 de noviembre de 2018, el Comité Asesor presentó oportunamente su Informe de Reglas de Procedimiento Criminal actualizado (Informe de Reglas). En este recomendó sustituir las Reglas de Procedimiento Criminal

de 1963 por un Proyecto de Reglas de Procedimiento Criminal (Proyecto de Reglas).

Con el propósito de discutir el Proyecto de Reglas presentado por el Comité Asesor, y según recomendado por el Secretariado, este Tribunal celebró una Sesión Especial el 7 de junio de 2019. In re Sesión Esp. Rs. Criminal, 201 DPR 1053 (2019). Acorde con la agenda trazada, el Comité Asesor ofreció una presentación enfocada en los cambios más significativos del Proyecto de Reglas. Tras una sección de preguntas del público, durante la tarde, las personas participantes se organizaron en veintisiete (27) Talleres Grupales y dos (2) mesas de trabajo en los que compartieron impresiones relacionadas a temas específicos del Proyecto de Reglas. El Comité Asesor quedó a cargo de analizar las recomendaciones acreditadas por parte de la comunidad jurídica en estos grupos para presentar un Proyecto de Reglas revisado unido a un memorial explicativo que contextualizara cualquier cambio recomendado a este Tribunal.

Más adelante, autorizamos a la Directora del Secretariado, Lcda. Verónica N. Vélez Acevedo, a conceder un plazo para que los sectores convocados a la Sesión Especial, otras entidades y juristas con interés en el Proyecto de Reglas pudieran presentar comentarios que se refirieran a la consideración del Comité Asesor. Tras contar con el apoyo del personal asesor del Secretariado para compilar y analizar conjuntamente estos comentarios y las recomendaciones recibidas en la Sesión Especial, el 24 de febrero de 2020, el Comité Asesor presentó un memorial explicativo intitulado *Revisión del Proyecto de Reglas de Procedimiento Criminal de 2018*.[1]

En su memorial explicativo, el Comité Asesor discutió las enmiendas al Proyecto de Reglas adoptadas como consecuencia del proceso de validación del Proyecto de Reglas. Así también, se incluyeron comentarios explicativos relacionados a la procedencia y los fundamentos sobre los cuales se apoya cada cambio adoptado por el Comité Asesor. En cumplimiento con lo encomendado por este Tribunal, al memorial explicativo se le anejó un Proyecto de Reglas revisado a tono con las enmiendas aprobadas por el Comité Asesor.

Este Tribunal da por concluida la encomienda referida al Comité Asesor y agradece a sus miembros por su excelente labor, su compromiso con el mejoramiento continuo del sistema de justicia criminal y con la protección de los

---

[1] En su memorial explicativo, el Comité Asesor de Reglas de Procedimiento Criminal apunta a que: "[c]omo parte de esta gestión, se examinaron y consideraron cuidadosamente más de quinientas (500) recomendaciones o comentarios recibidos respecto a Proyecto de Reglas".

derechos constitucionales. Nos corresponde ahora examinar detenidamente el Proyecto de Reglas revisado que suscribió el Comité Asesor. Siendo un Comité Asesor adscrito al Secretariado de forma permanente, contaremos con su asesoramiento y apoyo durante la fase de consideración de la propuesta.

Paralelo a nuestro examen del Proyecto de Reglas, hemos instruido al Secretariado que proponga el lenguaje necesario para integrar al Proyecto de Reglas la normativa aplicable en nuestra jurisdicción sobre la unanimidad de veredictos, según lo resuelto el *Pueblo v. Torres Rivera*, 2020 TSPR __, 204 DPR __ (2020), Opinión de 8 de mayo de 2020. Asimismo, solicitamos al Secretariado que evalúe el Proyecto para determinar si amerita propuestas concretas sobre el uso de la tecnología en los procesos penales, en consideración a las medidas y proyectos que se elaboran en nuestra jurisdicción y en otras jurisdicciones para atender las necesidades impuestas por la pandemia del COVID-19.

A los fines de que la comunidad cuente con un tracto completo de los trabajos del Comité Asesor, se autoriza divulgar en el Portal de la Rama Judicial el memorial sometido y el Proyecto de Reglas revisado. La divulgación aquí autorizada se delega en la Directora del Secretariado con el apoyo de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Notifíquese a los y las miembros del Comité Asesor Permanente de Reglas de Procedimiento Criminal; al Director Administrativo de los Tribunales; a la Directora del Secretariado de la Conferencia Judicial y Notarial, y al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo